UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RBS CITIZENS, N.A.,

       Plaintiff,

                                      Case No. 13-12266
                                      HON. GERSHWIN A. DRAIN

vs.

THOMAS E. PURTHER, *et. al.*,

       Defendants.

_____/

## **DETERMINATION OF DAMAGES**

On February 13, 2014, this Court granted Plaintiff's Motion for Summary Judgment [#27]. In this Court's February 13, 2014 Order, the Court ordered Plaintiff to submit its evidence of the hours spent working on this case, as well as the total amount of expenses that were incurred during the prosecution. This resulting figure will be added to the $691,386.48 already awarded to the Plaintiff. Plaintiff submitted the Court's requested figures on February 20, 2014 [#29]. According to the Court's February 13, 2014 Order, Defendants had 7 days following Plaintiff's submission to file any objections to Plaintiff's calculations. No objections were filed.

Upon review of Plaintiff's submissions, the Court finds that the requested fees are reasonable. The legal services and expenses invoiced to RBS are directly related to the enforcement of the Defendants' obligations in connection with the subject Loan and Guaranty at issue herein. As such, the Court grants Plaintiff's attorney fees and costs in the amount of $29,048.35. Thus, Plaintiff is entitled to an award of $720,434.83. The total

1

award in the instant case is $720,434.83.

SO ORDERED.

Dated: March 4, 2014 /s/ Gershwin A Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
<u>March 4, 2014</u>, by electronic and/or ordinary mail.

/s/ Tanya Bankston
Deputy Clerk